IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERSTIN GOLDSMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>ADOBE SYSTEMS INCORPORATED LONG TERN DISABILITY PLAN,<br><br>    Defendant.<br>                               / | No. C 09-02222 WHA<br><br>**ORDER RE STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE** |

      The parties' December 2, 2009, stipulation asks for a continuance of the case management conference to January 22, 2010. In the case management order filed September 3, 2009, a further case management conference was set for March 4, 2010.

Dated: December 3, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE