IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KERSTIN GOLDSMITH,

    Plaintiff,

v.

ADOBE SYSTEMS INCORPORATED LONG TERN DISABILITY PLAN,

    Defendant.

No. C 09-02222 WHA

**ORDER CONTINUING DATES**

The Court **CONTINUES** the following deadlines:

1. On February 15, 2010, defendant shall file the "administrative record" and its motion for summary judgment to be heard on a 35-day track.

2. A further case management conference is set for **APRIL 1, 2010, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: December 18, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE