PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
ADOBE SYSTEMS INCORPORATED
LONG TERM DISABILITY PLAN

TIMOTHY J. FRICKER
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street
17th Floor
Oakland, CA 94612
Telephone: 510-663-8484
Facsimile: 510-663-0639
tjfricker@gmail.com
Attorneys for Plaintiff
KERSTIN GOLDSMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERSTIN GOLDSMITH,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED LONG TERM DISABILITY PLAN,<br><br>Defendant. | CASE NO. CV09-2222 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE** |

It is hereby stipulated by and between plaintiff KERSTIN GOLDSMITH and defendant ADOBE SYSTEMS INCORPORATED LONG TERM DISABILITY PLAN, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

RC1/5470425.1/SMT

STIPULATION AND ORDER RE
DISMISSSAL OF ACTION CV09-2222 WHA

**IT IS SO STIPULATED.**

Dated: ~~January~~ Feb 15, 2010

FRICKER & MELLEN

By: _____
TIMOTHY FRICKER

Attorneys for Plaintiff KERSTIN GOLDSMITH

Dated: ~~January~~ February 25, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By: : _____
PAMELA E. COGAN
STACY M. TUCKER
Attorneys for Defendant, ADOBE SYSTEMS INCORPORATED LONG TERM DISABILITY PLAN

IT IS SO ORDERED.

Dated: March 1, 2010

By: _____
United States District Judge William H. Alsup



---

RC1/5470425.1/SMT — -2- — STIPULATION AND ORDER RE DISMISSSAL OF ACTION CV09-2222 WHA